JS - 6

**FILED: 3/20/2013**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Bertha Cardona*, | CASE NO. CV 12-1148-GHK (SPx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Target Corp., et al.*, | |
| Defendants. | |

Pursuant to the Court's March 20, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Bertha Cardona's claims against Defendants Target Corporation and Honeytree, Inc. are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: March 20, 2013

_____
GEORGE H. KING
Chief United States District Judge